CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 1 0 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROBERT E. BROWN,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant* | CIVIL NO. 3:08CV00006<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

On May 28, 2008, I referred this case to the Honorable B. Waugh Crigler, U.S. Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment (docket no. 10, 12), and on September 25, 2008, the Magistrate Judge filed a Report and Recommendation ("Report"). In the Report, Judge Urbanski recommended that Defendant's motion for summary judgment (docket no. 12) be granted. After a review of the entire record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1.    the September 25, 2008 Report shall be, and it hereby is, ADOPTED in its entirety;

2.    Plaintiff's motion for summary judgment (docket no. 10) is hereby DENIED;

3.    Defendant's motion for summary judgment (docket no. 12) is hereby GRANTED;

4.    the Commissioner's final decision is hereby AFFIRMED; and

5.    this case is hereby DISMISSED and STRICKEN from the Court's docket.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to the Magistrate Judge.

It is so ORDERED.

ENTER: This 10th day of October, 2008.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

2